The decision of the United States Army Court of Criminal Appeals is vacated. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for consideration of the granted issue in light of *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

BAKER, Chief Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in *Fosler*. *United States v. Fosler*, 70 M.J. 225, 240–47 (C.A.A.F. 2011).

No. 11–0639/AR. U.S. v. Tanner P. Forry. CCA 20080334. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 12–0034/AR. U.S. v. Joel L. Kain, II. CCA 20100490. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 12–0119/AF. U.S. v. Darren N. Hathorne. CCA 2011–02. On consideration of Appellant's motion to extend time to file the supplement to the petition for grant of review and motion to withdraw the original petition for grant of review, it is ordered that said motion to withdraw the original petition for grant of review is hereby granted, and that said motion to extend time to file the supplement to the petition for grant of review is hereby denied as moot.

No. 12–6002/AF. U.S. v. Darren N. Hathorne. CCA 2011–02. Notice is hereby given that a petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, was filed by counsel under Rule 20, on October 19, 2011, together with a motion to file the supplement separately under Rules 19(a)(5)(A) and 30. On consideration thereof, it is ordered that said motion to file the supplement separately is hereby granted to November 8, 2011.